ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 13 2018
at 2 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | MJ 18-01253 RLP |
| | ) | DECLARATION OF INTERPRETER |
| Plaintiff, | ) | |
| vs. | ) ) | |
| ABDURAHMAN, (01) | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, he has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated: Honolulu, Hawaii, November 13, 2018.

_JANNY Monica Lauw_