PTS-HI (4/2016))

# UNITED STATES PRETRIAL SERVICES OFFICE
# PASSPORT RECEIPT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 4 2018

at __2__ o'clock and __50__ min. __P__ M
SUE BEITIA, CLERK

RE: Abdurahman, First Name

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2018

at __10__ o'clock and __58__ min. __A__ M
SUE BEITIA, CLERK

Year of Birth: 1990

Place of Birth: Tegal

Case Number: 1:18-01253RLP-01

---

COURT ORDER entered on November 13, 2018
 The above-named defendant surrendered (select one)
 ☐ United States Passport
 ☒ Foreign Passport (Country Indonesia)

Passport Number B0686192 to the custody of the U.S. Pretrial Services Office on November 14, 2018.

☐ Other _____ Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

---

_____            _____
Defendant's Signature               Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN                           Logged OUT

_____            _____
Signature and Date                  Signature and Date

---

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned __12-14-18__     Received by: _____

Purpose Returned
 ☐ Defendant not convicted        ☐ Other
 ☒ Defendant sentenced

 ☐ Mailed via Certified Mail